IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JOHNNIE DEMOND JACKSON, | : | |
| Plaintiff, | : | |
| v. | : | 1:21-cv-172 (LAG) |
| Officer HOPE L. PRUITT, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Pending before the Court are Plaintiff's Motion for Hearing and Service and Motion to Strike. (Docs. 43, 45). In his Motion for Hearing and Service, Plaintiff requests the Court serve process on Defendants, and to be heard at a pretrial conference. (Doc. 43, at 2). In his subsequently filed Motion to Strike, Plaintiff seeks to strike his Motion for Hearing and Service and his Affidavit, asserting as grounds to strike that he has "not fully exhausted [his] judicial remedies." (Doc. 45) (referencing Docs. 43, 40). Having considered Plaintiff's Motions, the Court **GRANTS-in-part** Plaintiff's Motion to Strike (Doc. 45). Accordingly, Plaintiff's Motion for Hearing and Service (Doc. 43) is **terminated**.

**SO ORDERED**, this 8th day of September, 2025.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE